# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

COURTNEY WORTHINGTON WHITENER, n/k/a Courtney
Worthington Whitener Vaughan, as personal representative of
the Estate of Stone Forsyth Whitener, deceased,

Appellant,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and
ALLSTATE PROPERTY CASUALTY INSURANCE COMPANY,

Appellees.

No. 2D2025-0511

—————————————————

November 26, 2025

Appeal from the Circuit Court for Hillsborough County; Emily A.
Peacock, Judge.

Roy D. Wasson of Wasson & Associates, Chartered, Miami, for Appellant.

Emily Silver of Segundo Law Group, St. Petersburg, for Appellees.

PER CURIAM.

    Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

—————————————————

Opinion subject to revision prior publication.